(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Melissa Peraria, et al.
Plaintiff(s)

v. Dkt. No. 08 0252 ML

CVS Caremark Corporation
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ Melissa Peraria, et al. hereby moves that Sherrie R. Savett be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Barry J. Kusinitz
Print Name

RI Bar ID # 1404

Barry J. Kusinitz, Attorney at Law
Firm and Business Address
155 South Main St., Ste. 405
Providence, RI 02903

Email: bkusinitz@bdglawyers
Tel. # 401-831-4200
Fax # 401-831-7053

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date