UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

| | |
|---|---|
| Melissa Peraria, et al.<br><br>Plaintiff,<br><br>v.<br><br>CVS Caremark Corporation<br><br>Defendant. | Dkt. No. 08 0252 ML |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Melissa Peraria hereby moves that Evan J. Smith, Esquire be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it related to the participation and responsibilities of local counsel.

Signature of Local Counsel

Barry J. Kusinitz
Barry J. Kusinitz, Attorney at Llaw
155 South Main Street, Suite 405
Providence, RI 02903

RI Bar ID # 1404
Email: bkusinitz@bdglawyers.com
Tel.# (401) 831-4200
Fax # (401) 831-7053

**ORDER**

This motion is hereby ______ GRANTED _______ DENIED

District Judge

Date