UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MELISSA PERARIA AND CRYSTAL BOBERO, on behalf of themselves and all others similarly situated, | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-252ML |
| CVS CAREMARK CORPORATION, | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

Mitchell R. Edwards hereby enters his appearance on behalf of Defendant, CVS CAREMARK CORPORATION.

CVS CAREMARK CORPORATION

By and through its Counsel

/s/ Mitchell R. Edwards
William R. Grimm (#1938)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)
wgrimm@haslaw.com
medwards@haslaw.com

August 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of this Entry of Appearance to counsel of record via the ECF system.

/s/ Mitchell R. Edwards
Mitchell R. Edwards

#917852