**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Melissa Peraria and Crystal Bobero, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Civil Action No: 1:08-cv-00252-ML-LDA |
| v. | |
| CVS Caremark Corp., | |
| Defendant. | |

**PLAINTIFFS' BRIEF STATEMENT OF FACTS AND LEGAL ISSUES**

Plaintiffs Melissa Peraria and Crystal Bobero (together "Plaintiffs") respectfully submit this brief summary of the facts of the case and identification of legal issues, pursuant to the Court's Order dated September 5, 2008.

**Overview**

This is a class action, brought to redress the harms resulting from the sale of expired products at CVS Caremark Corp. ("CVS" or "Defendant") stores to consumers. More specifically, this action arises from the Defendant's sale of potentially dangerous expired products, including milk, eggs, over-the-counter ("OTC") medicines, and baby formula, as detailed in various press releases from the Attorneys General for the States of New York and California. As a result of Defendant's wrongful actions or failures to act, CVS customers

purchased expired products which were ineffective or had diminished efficacy and/or were potentially unsafe.

Plaintiffs primarily seek to enjoin Defendant from continuing to sell expired products and to require Defendant to offer Class members a right to return the expired products. In addition, Plaintiffs seek money damages for those Class members who can establish that they purchased expired goods.

**The Parties and Relevant Facts**

Plaintiff Melissa Peraria is a citizen of the State of New Jersey. On or around June 16, 2008, Peraria purchased expired Tylenol Arthritis Pain Medicine from a CVS store on Route 70, Marlton, New Jersey 08053. The medicine had an expiration date of January 2008.

Plaintiff Crystal Bobero is a citizen of the State of California. On or around June 18, 2008, Bobero purchased CVS Added Strength Headache Relief medicine from a CVS store at 1485 E. Valley Boulevard, Alhambra, California. The medicine had an expiration date of January 2008.

Plaintiffs seek redress in their individual capacities and on behalf of all similarly situated persons in the United States who purchased expired products from CVS, and who were damaged thereby ("the Class"). The Class does not include Defendant, or its officers, directors, agents or employees.

Defendant CVS is a Delaware corporation with its headquarters at One CVS Drive, Woonsocket, Rhode Island 02895. CVS is a fully integrated pharmacy services company, which purports to have approximately $80 billion in annual revenues. Its stock trades on the New York Stock Exchange under the symbol CVS. It has approximately 6,300 stores located in over 40 states.

**Legal Issues**

Plaintiffs seek to maintain the action as a class action under Rule 23(b)(2) of the Federal Rules of Civil Procedure. A Rule 23(b)(2) class is appropriate because the primary and predominating relief sought is injunctive. Alternatively, Plaintiffs seek certification under Rule 23(b)(3).

Common questions of law and fact exist as to all members of the Class, and predominate over any questions affecting solely individual members of the Class. Among the questions of law and fact common to the Class are:

a. whether Defendant breached any implied warranties in selling expired products;

b. whether Defendant breached implied contracts in selling expired products;

c. whether the Class is entitled to injunctive relief and/or monetary damages.

Dated: September 16, 2008

Respectfully Submitted,

/Barry J. Kusinitz
Barry J. Kusinitz
155 South Main Street, Suite 405
Providence, R.I. 02903
(401) 831-4200
Local Counsel

BRODSKY & SMITH, LLC
Jason Brodsky, Esquire
Evan J. Smith, Esquire
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
(610) 667-6200

BERGER & MONTAGUE, P.C.
Sherrie R. Savett, Esquire
Douglas Risen, Esquire
Shoshana T. Savett, Esquire
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Proposed Co-Lead Counsel for Plaintiff and the Class

malta440965